UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATALIE WOOD,

       Plaintiff,

vs.

NC DEPT. OF JUSTICE, et al.,

       Defendants.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:24-CV-680-D**

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss D.E. [13] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint D.E. [1].

This Judgment filed and entered on July 14, 2025, and copies to:
Natalie Wood (via US Mail to 29 Star Valley Drive, Angier, NC 27501)

July 14, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk